IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LISA McCANN** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**VILLAGE of PONTOON BEACH, et al.,** )<br>)<br>Defendant. ) | Civil No. **09-687-GPM-CJP** |

### ORDER

**PROUD, Magistrate Judge:**

Before the court is defendants' Motion to Compel. **(Doc. 45)**.

Defendants state that they served interrogatories and requests for production on plaintiff on February 16, 2010, to which she has not responded. On April 27, 2010, plaintiff filed with the Court a copy of a letter she wrote to defense counsel regarding her failure to respond to the discovery requests. **See, Doc. 46**.

Plaintiff's letter (which is not a proper response to the motion) does not offer a sufficient reason for failing to answer defendants' discovery requests.

**The Court reminds plaintiff that her pro se status does not excuse her from complying with the Federal Rule of Civil Procedure and this Court's orders. She must participate in discovery, just like any other litigant. Failure to do so will result in sanctions, which may include monetary penalties and/or dismissal of this case.**

Defendants' Motion to Compel (**Doc. 45**) is **GRANTED**. Plaintiff is ordered to respond fully to defendants' interrogatories and to produce all requested documents by **June 7, 2010**.

**IT IS SO ORDERED.**

**DATE: May 21, 2010.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**